AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Alpha Delta Pi Sorority, Alpha Omicron Pi Fraternity, Inc., Chi Omega Fraternity, Delta Delta Delta, Delta Phi Epsilon, Inc., Phi Beta Sigma Fraternity, Inc., Phi Mu Fraternity, Sigma Chi Corportation, et al. <br><br>*Plaintiff(s)* <br>v. <br><br>Greek Unique, Inc., Phyllis Z. Grae, L. Rose, Inc., Lanny Rose <br><br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:17-cv-2452 T 30 AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phyllis Z. Grae, 8141 Aquila Street, #312, Port Richey, FL 34668

RECEIVED 2017 OCT 19 PM 2:10 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dineen Pashoukos Wasylik, DPW Legal, PO Box 48323, Tampa, FL 33646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/19/2017

*Signature of Clerk or Deputy Clerk*