IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ALPHA DELTA PI SORORITY,           )<br>    a Georgia corporation;           )<br>                                    )<br>ALPHA OMICRON PI FRANTERNITY, INC., )<br>    a Tennessee corporation;         )<br>                                    )<br>CHI OMEGA FRATERNITY;               )<br>    an Ohio corporation;             )<br>                                    )<br>DELTA DELTA DELTA,                  )<br>    an Illinois corporation;         )<br>                                    )<br>DELTA PHI EPSILON, INC.,            )<br>    a New York corporation;          )<br>                                    )<br>PHI BETA SIGMA FRATERNITY INC.,     )<br>    a District of Colombia corporation; )<br>                                    )<br>PHI MU FRATERNITY,                  )<br>    a Georgia corporation;           )<br>                                    )<br>SIGMA CHI CORPORATION,              )<br>    an Illinois corporation;         )<br>                                    )<br>SIGMA KAPPA SORORITY,               )<br>    a Maine corporation;             )<br>                                    )<br>ZETA TAU ALPHA SORORITY,            )<br>d/b/a ZETA TAU ALPHA FRATERNITY,    )<br>    a Virginia corporation;          )<br>                                    )<br>         Plaintiffs,                 )<br>                                    )<br>v.                                  )<br>                                    )<br>GREEK UNIQUE, INC.,                 )<br>    a Florida corporation;           )<br>                                    )<br>PHYLLIS Z. GRAE,                    )<br>    an individual;                   )<br>                                    )<br>                                    ) | Civil Action No.: 8:17-cv-02452 |

|  |  |
|---|---|
| L. ROSE, INC.,<br>    a Florida corporation; | )<br>)<br>) |
| LANNY ROSE,<br>    an individual; | )<br>)<br>) |
|     Defendants. | )<br>)<br>/ |

**JOINT MOTION TO STAY PROCEEDINGS
IN ANTICIPATION OF SETTLEMENT FINALIZATION**

All Plaintiffs ("Plaintiffs") and Defendants Phyllis Grae and Greek Unique, Inc. ("Grae Defendants") jointly move this Court to stay further proceedings, as to them, for thirty (30) days. In support of their motion, Plaintiffs and Grae Defendants (collectively, the "Parties") respectfully state as follows:

1. The Parties have engaged in amicable settlement negotiations to resolve this matter for the past several weeks. *See* Doc. 13, Unopposed Motion for an Extension of Time to Answer or Otherwise Defend; *see also* Doc. 14, Order Granting said Motion.

2. The Parties have reached a settlement agreement in substance that they are now working together to finalize.

3. Once the settlement terms are finalized, which the Parties expect in short order, they anticipate a voluntary dismissal of all claims against the Grae Defendants.

4. Therefore, in the interest of all Parties and the conservation of this Court's resources, the Parties respectfully move to stay further proceedings, as to them, for thirty (30) days.

5.  The Parties' counsel have conferred in regard to this motion and agree upon the requested stay. *See* M.D. Fla. L.R. 3.01(g).

Respectfully submitted this 7th day of December, 2017,

/s/ John T. Nelson
John T. Nelson, Esq.
Fla. Bar No.: 119309
Nelson Cyber Law, PLLC
1324 Seven Springs Blvd., Suite 104
New Port Richey, FL 34655
Phone: (800) 440-5536
john@nelson.law
*Attorney for Phyllis Grae and Greek Unique, Inc.*

/s/ Dineen Pashoukos Wasylik
Dineen Pashoukos Wasylik, Esq.
Florida Bar No. 0191620
DPW Legal
2244 Green Hedges Way
Suite 101
Wesley Chapel, Florida 33544
Phone: (813) 778-5161
service@ip-appeals.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Joint Motion to Stay Proceedings in Anticipation of Settlement Finalization* using the CM/ECF system, which will automatically send notification of such filing to all counsels of record.

By: /s/ John T. Nelson
John T. Nelson, Esq.
*Attorney for Phyllis Grae and Greek Unique, Inc.*

**RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs and Grae Defendants have conferred, agree with each other, and both respectfully request the Court to issue an Order granting this motion.