IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVSION

| | |
|---|---|
| Alpha Delta Pi Sorority,<br>Alpha Omicron Pi Fraternity, Inc.,<br>Chi Omega Fraternity,<br>Delta Delta Delta,<br>Delta Phi Epsilon, Inc.,<br>Phi Beta Sigma Fraternity, Inc.,<br>Phi Mu Fraternity,<br>Sigma Chi Corporation,<br>Sigma Kappa Sorority,<br>Zeta Tau Alpha Sorority,<br>doing business as Zeta Tau Alpha Fraternity<br><br>v.<br>Greek Unique, Inc.,<br>Phyllis Z. Grae, individually,<br>L. Rose, Inc.,<br>Lanny Rose, individually | )<br>)<br>)<br>)<br>) Case No. 8:17-cv-2452-JSM-AEP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

By agreement of the Plaintiffs ("Plaintiffs" or "Plaintiff Greek Organizations") and Defendant, Greek Unique, Inc, and Defendant, Phyllis Z. Grae, individually ("Defendants" or "Greek Unique/Grae"), ***but those parties only***, and as settlement in full of any and all claims which were or could have been asserted in this action, and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has personal jurisdiction over Greek Unique/Grae, subject matter jurisdiction over the claims, and is a proper venue for this dispute.

2. Absent prior written permission from any of the Plaintiff Greek Organizations to do so, Defendants Greek Unique/Grae, along with any of their directors,

principals, officers, agents, servants, employees, representatives, or persons acting in concert or participation with either of them, shall be and herby are permanently **ENJOINED** and restrained from directly or indirectly producing, using or marketing, in any product line, any items containing a reproduction, copy or colorable imitation of any of the following names, marks or other indicia:

(a) The Greek letter combinations "AΔΠ," "AOΠ ," "XΩ," "ΔΔΔ," "ΔΦE," "ΦBΣ," "ΦM," "ΣX," "ΣK," or "ZTA";

(b) The words "ALPHA DELTA PI" or the "ADPi" nickname; the words "ALPHA OMICRON PI" or the "AOPi" nickname; the words "CHI OMEGA" or the "Chi O" nickname; The words "DELTA DELTA DELTA" or the "Tri-Delt," "Tri-Delts" or "Tri-Delta" nicknames; the words "DELTA PHI EPSILON" or the "D Phi E" nickname; the words "PHI BETA SIGMA"; the words "PHI MU"; the words "SIGMA CHI" or the "Sig" or "Sigs" nicknames; the words "SIGMA KAPPA"; and the words "ZETA TAU ALPHA" or the "Zeta" or "ZTA" nickname.

(c) Any crest, coat of arms, seals, flags, badges or slogans of any of the Plaintiff Greek Organizations referenced in paragraphs 2(a) and 2(b) above.

(d) Any other use in or on Defendants' goods, advertising, marketing brochures, promotional materials, other publications and documents of any other marks or indicia confusingly similar to any of the foregoing marks referenced in paragraphs 2(a), 2(b) or 2(c) above.

3. Absent prior written permission from any of the Plaintiff Greek Organizations to do so, including, but not limited to, a written license agreement,

Defendants Greek Unique/Grae, along with any of their directors, principals, officers, agents, servants, employees, representatives, or other persons acting in concert or participation with either of them, shall be and hereby are also permanently **ENJOINED** and restrained from any false or materially misleading representations which are likely to lead the trade or public erroneously to believe that any of Defendants' goods or services have been produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for any of the Plaintiff Greek Organizations.

4. As between them, each of the parties to this Consent Judgment and Permanent Injunction have reached a mutual agreement as to the obligation and distribution of the respective parties' attorney's fees incurred herein prior to the entry of this judgment and decree.

5. Other than to the extent the Court retains continuing jurisdiction to enforce this decree, this action is otherwise dismissed from the Court's active docket with prejudice as to Defendant Greek Unique and Defendant Grae.

DONE AND ORDERED on this 11th day of January, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record